

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the sale of whisky in a dry area, two counts; the punishment a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction was for the unlawful possession of intoxicating liquor for the purpose of sale in a dry area; the punishment, a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.

**Savannah DAY, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28898.**

Court of Criminal Appeals of Texas.

March 20, 1957.

**Julian PEREZ, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28990.**

Court of Criminal Appeals of Texas.

May 1, 1957.